# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.

MOHAMED HAMADE

CRIMINAL CASE NO. <u>04-10214-GAO</u>

## APPOINTMENT OF FEDERAL DEFENDER
## (CATHERINE BYRNE)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **July 23, 2004** to represent said defendant in this cause until further order of the Court.

By:   /s/_____
      MARIANNE B. BOWLER
      Chief United States Magistrate Judge

DATE: <u>July 23, 2004</u>

(FPDAPPNOTICECUSMJB.wpd - 11/98)       [koapptpd.]