UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10214

| United States of America | Mohamed Hamade |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Wortmann | Kathy Byrne |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Detention Hearing |
|---|---|
| 07/30/04 | No interpreter was reserved for today's hearing. Defense counsel informs the court that the defendant is |
| | willing to proceed with today's hearing without the assistance of an interpreter. Court after a colloquy |
| | with the defendant proceeds with the detention hearing but not the arraignment. Gov't calls Agent Gregory |
| | Nevano. Witness takes the stand and is sworn in. Court reviews a report prepared by the witness in camera |
| | Government agrees to provide defense counsel with copies of the agents notes pertaining to his testimony |
| | Government rests. Defendant does not call any witnesses. Parties present oral argument to the court. Court |
| | questions whether the defendant is entitled to appointed counsel. Court takes the matter of detention under |
| | advisement. Further hearing scheduled for Tuesday, August 3, 2004 at 3:30 PM. |