AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Mohamad Hamade
1476 Westfield Street
Springfield, MA   DOB: 11/22/62

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10214 GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest           Mohamad Hamade
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

knowingly making under oath, or as permitted under penalty of perjury under section 1746 of title 28, United States Code, knowingly subscribing as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder or knowingly presenting any such application, affidavit, or other document which contains any such false statement or which fails to contain any reasonable basis in law or fact in violation of 18 U.S.C. s. 1546(a); and in a matter within the jurisdiction of the executive, legislative or executive branch of the Government of the United States, knowingly and willfully making a material false, fictitious, or fraudulent statement or representation,

in violation of Title  18  United States Code, Section(s)  1001

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: Supervisor

07-21-2004    Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                          Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY ~~BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON~~ |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.