**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

SCANNED
DATE: 08/02/04
BY: SKY

July 28, 2004

BY FAX TO 617-748-3664
AND HAND DELIVERY

Kimberly West, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Re:   U.S. v. Mohamad Hamade

Dear Ms. West:                    04 CR 10214 - GAO

I have been appointed to represent Mr. Hamade. The detention hearing is scheduled for Friday, July 30th before Judge Collings. I am requesting that all Jencks material for any witnesses who will be testifying be provided prior to that date. Further, I am requesting all statements of the defendant including any agent's rough notes of any interviews of the defendant in circumstances where the defendant knew that the interviewer was a government agent. Fed. R. Crim. P. 26.2 (f)(1) and (2) and(g)(4); Fed. R. Crim. P. 16; Local Rule 16(a)(1)(B)(ii). See also United States v. Essam Mohammed Almohandis, Criminal No. 04-10004-PBS (Opinion on Motion for Production of Notes of Defendant's Statements, Collings, J. issued on February 27, 2004).

Thank you for your attention to this matter.

Sincerely yours,

Catherine K. Byrne (LHD)
Catherine K. Byrne

CKB:lhd

cc:  Clerk, United States District Court