# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

        v.                               CRIMINAL NO. 2004-10214-GAO

MOHAMED HAMADE,
        Defendant.

## ORDER
## SETTING CONDITIONS OF RELEASE

COLLINGS, U.S.M.J.

    After hearing, the matter of whether the defendant shall be detained or released is ripe for decision. The only issue is whether there is a combination of conditions which will reasonably assure the defendant's appearance.

    I believe that there are, and I hereby set the following Conditions of Release:

    (1)    The defendant shall live only at 1476 Westfield Street, West Springfield, Massachusetts (hereinafter, "the residence") and at no other location. He shall not move from the residence without the permission of the Court.

    (2)    The defendant's travel is restricted to the Commonwealth of Massachusetts and the States of Connecticut and Rhode Island.

(3) The defendant shall post a bond in the amount of $230,000 secured by $65,000 of the equity in the property owned by his wife and mother-in-law at 1476 Westfield Street, West Springfield, Massachusetts and $165,000 of the equity in the property owned by his brother at 127 Woodcrest Circle, Chicopee, Massachusetts. The bond shall be co-signed by the defendant's wife, mother-in-law and brother.

(4) The defendant shall provide proof of the recording of the discharge of the home equity line on the premises at 127 Woodcrest Circle before he is released.

(5) The defendant shall file whatever is necessary with the Registry of Deeds so that any homestead rights in both pieces of property are subrogated to the interests of the United States.

(6) The defendant shall surrender all passports and travel documents to Pre-Trial Services (this was accomplished on 8/11/2004) and shall obtain no other passports or travel documents while on release.

(7) The defendant shall surrender his United States green card to Pre-Trial Services before release.

(8) The defendant shall not possess a firearm, destructive device or dangerous weapon, and there shall be none in the residence.

(9) The defendant shall report in person to Pre-Trial Services at Springfield every Monday before noon and shall telephone Pre-Trial Services by use of a land-line (not cell) phone every Wednesday and Friday before noon. If one of these days falls on a federal holiday, he shall report on the next working day.

(10) The defendant shall notify Pre-Trial Services of any arrest with twenty-four (24) hours.

(11) The defendant shall not violate any federal, state or local law while

on release; the defendant shall not violate any of the provisions of 18 U.S.C. §§ 1502, 1512 & 1513 while on release.

A release hearing will be set in the United States District Court in Springfield, Massachusetts. The defendant's wife, mother-in-law and brother shall be present. The Clerk shall arrange for a Arabic interpreter to be present.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: August 11, 2004.