# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                              CRIMINAL NO. 2004-10214-GAO

MOHAMED HAMADE,
         Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

     The above-listed defendant was arraigned before me on August 11, 2004. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on August 11, 2004.

     Counsel are ORDERED to appear for an Initial Status Conference on **TUESDAY, SEPTEMBER 28, 2004 AT 3:30 P.M.** at Courtroom #14 (5th floor),

John Joseph Moakley United States Courthouse, Boston, Massachusetts before the undersigned. Counsel for the defendant may participate telephonically provided that he advises the Clerk before September 28, 2004 of the phone number at which he can be reached at the time of the conference.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 11, 2004.