AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

U.S.
v
HAMADE

**APPEARANCE**

Case Number: 04-10214-GAO

Filed in open court
8-11-04
K. Folan

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   def.

I certify that I am admitted to practice in this court.

_Aug. 11, 2004_
Date

_Vincent A Bongiorni_
Signature

V. A. Bongiorni
Print Name                                  Bar Number

95 STATE ST
Address

SPFLD                    MASS                    01103
City                     State                   Zip Code

(413) 732-0222           (413) 746-4971
Phone Number             Fax Number