UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 04-10214 GAO |
| | ) |
| MOHAMAD M. HAMADE | ) |

**DEFENDANT'S NOTICE REGARDING AUTOMATIC DISCOVERY**

Please be advised that defendant, Mohamad M. Hamade, hereby elects to participate in automatic discovery pursuant to Local Rule 116.1.

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

Dated: August 13, 2004