DISCHARGE OF MORTGAGE   2004 CR 10214 - GAO

FLEET NATIONAL BANK, A NATIONAL BANKING ASSOCIATION ORGANIZED UNDER THE LAWS OF THE UNITED STATES OF AMERICA, HAVING ITS PRINCIPAL BANKING HOUSE LOCATED AT 111 WESTMINSTER STREET, PROVIDENCE RI 02901, DOES HEREBY CERTIFY THAT A CERTAIN INDENTURE OF MORTGAGE BEARING THE DATE 09-SEP-02, MADE AND EXECUTED BY

MOHAMAD M HAMADE

TO FLEET NATIONAL BANK

TO SECURE PAYMENT OF THE PRINCIPAL SUM OF 42,200.00/USD AND INTEREST AND DULY RECORDED IN THE OFFICE OF THE CLERK OF THE COUNTY/TOWN OF HAMPDEN, MAIN LIBER 12698, PAGE 97 ON ** OR LAND RECORDS AT DOCUMENT 96535 INSTRUMENT #** IS PAID AND DOES HEREBY CONSENT THAT THE SAME BE DISCHARGED OF RECORD. THE SAID MORTGAGE HAS NOT BEEN ASSIGNED, EXCEPT AS FOLLOWS:

PROPERTY ADDRESS: 127 WOODCREST CIRCLE CHICOPEE, MA 01020

IN WITNESS WHEREOF, SAID FLEET NATIONAL BANK HAS CAUSED ITS SEAL TO BE HEREUNTO AFFIXED, AND THESE PRESENTS TO BE SIGNED BY ITS DULY AUTHORIZED OFFICER THIS May 14, 2004.

WITNESS ERIC SHUTTLEWORTH

FLEET NATIONAL BANK
BY: LINDA SHOOK
ITS BANKING OFFICER

STATE OF NEW YORK
COUNTY OF ONEIDA  SS.
ON THE May 14, 2004, BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED LINDA SHOOK, PERSONALLY KNOWN TO ME OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE INDIVIDUAL(S) WHOSE NAME(S) IS (ARE) SUBSCRIBED TO THE WITHIN INSTRUMENT AND ACKNOWLEDGES TO ME THAT HE/SHE/THEY EXECUTED THE SAME IN HIS/HER/THEIR CAPACITY(IES), AND THAT BY HIS/HER/THEIR SIGNATURE(S) ON THE INSTRUMENT, THE INDIVIDUAL(S), OR THE PERSON UPON BEHALF OF WHICH THE INDIVIDUAL(S) ACTED, EXECUTED THE INSTRUMENT.

NOTARY PUBLIC

RECORD AND RETURN TO:
MOHAMAD M HAMADE

127 WOODCREST CIRCLE
CHICOPEE, MA 01020

ERIC JOHN SHUTTLEWORTH
Notary Public in the State of New York
Appointed in Oneida County  MAR 1 7 2007
My Commission Expires _____

REFERENCE: 2716-14MAY04  BF2296
BCSHRE:146

*2004CR10214-GAO*

```
            R E C E I P T
       Printed:08-18-2004 @ 14:16:52
       HAMPDEN COUNTY REGISTRY OF DEEDS
            DONALD E. ASHE, REGISTER

Trans#: 187948        Oper:PATRICK

=======================================
Book: 14423 Page: 189  Inst#: 75765
Ctl#: 978  Rec:8-18-2004 @ 2:16:51p
CHIC  127 WOODCREST CIR

DOC   DESCRIPTION         TRANS AMT
---   -----------         ---------
DISCHARGE OF MORTGAGE
50.00 rec fee                50.00
5.00 Surcharge                5.00
$20.00 surcharge             20.00
                          ---------
      Total fees:            75.00


=======================================
Book: 14423 Page: 190  Inst#: 75766
Ctl#: 979  Rec:8-18-2004 @ 2:16:51p
W S  1476 WESTFIELD ST

DOC   DESCRIPTION         TRANS AMT
---   -----------         ---------
MORTGAGE
$20.00 surcharge             20.00
5.00 Surcharge                5.00
150.00 rec fee              150.00
                          ---------
      Total fees:           175.00


=======================================
Book: 14423 Page: 194  Inst#: 75767
Ctl#: 980  Rec:8-18-2004 @ 2:16:51p
CHIC  127 WOODCREST CIR

DOC   DESCRIPTION         TRANS AMT
---   -----------         ---------
MORTGAGE
$20.00 surcharge             20.00
5.00 Surcharge                5.00
150.00 rec fee              150.00
                          ---------
      Total fees:           175.00

*** Total charges:          425.00

CASH PMT PAYMENT -CASH      440.00
Overpayment amount:          15.00
REF CASH REFUND -CASH        15.00
```