# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                         CRIMINAL NO. 2004-10214-GAO

MOHAMMED HAMADE,
       Defendant.

# ORDER FOR
# INTERIM STATUS CONFERENCE

COLLINGS, U.S.M.J.

Counsel are ORDERED to appear for an Interim Status Conference on **THURSDAY, OCTOBER 21, 2004 AT 3:45 P.M.** at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts before the undersigned. Counsel for the defendant may appear by telephone.

                                               /s/ Robert B. Collings
                                               ROBERT B. COLLINGS
                                               United States Magistrate Judge

October 6, 2004.