# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                  CRIMINAL NO. 2004-10214-GAO

MOHAMED HAMADE,
       Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

7/21/2004 - Indictment returned.

7/23/2004 - Initial Appearance

7/23 - 8/11/2004 - Government's Motion for Detention

8/11/2004 - Arraignment

8/12 - 9/9/2004 - Excluded as per L.R. 112.2(A)(2)

9/28/2004 - Conference held.

9/29 - 10/19/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of October 19, 2004, NINETEEN (19) non-excludable days will have occurred leaving FIFTY-ONE (51) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

September 30, 2004.