# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                    CRIMINAL NO. 2004-10214-GAO

MOHAMMED HAMADE,
       Defendant.

## REPORT AFTER INTERIM STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

An Interim Status Conference was held on October 21, 2004; counsel for the defendants were present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)     No.

(2)     The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *on or before the close of business on Friday, November 19, 2004;* the defendant shall comply with his reciprocal

        obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., ***on or before the close of business on Monday, December 20, 2004.***

(3)    The Government is awaiting documents which have been requested through diplomatic channels from Greece.

(4)    A motion to dismiss has been filed; there is a possibility of another motion to dismiss being filed..

(5)    *See* Order of Excludable Delay (#20); a excludable period commenced upon the filing of the motion to dismiss on October 20, 2004.

(6)    It is unknown whether a trial will be necessary; a trial would take five (5) trial days.

(7)    The Final Status Conference is set for ***Thursday, December 2, 2004.***

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra*.

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

                                      */s/ Robert B. Collings*
                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge

October 22, 2004.