UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 04-10214-GAO |
| | ) | |
| MOHAMAD HAMADE | ) | |
| | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS LATE**

The government respectfully moves that this Court grant leave to file its Opposition to Defendant's Motion to Dismiss on November 19, 2004. As the basis of this request, the attorney for the government was on annual leave the week the defendant's motion was received and did not review it until her return. The requested extension will allow the government to appropriately respond to the issues that the defendant addresses in his motion. Defendant assents to this motion and suffers no prejudice by its granting.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

By:    /s/ Kimberly P. West
        KIMBERLY P. WEST
        Assistant U.S. Attorney

Dated: November 2, 2004

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney for defendant Mohamad Hamade, Vincent Bongiorni, Esq., 95 State Street, Springfield, MA on November 2, 2004 via facsimile and first class mail.

      /s/ Kimberly P. West
      Kimberly P. West
      Assistant U.S. Attorney