UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 04-10214 GAO |
| | ) |
| MOHAMAD M. HAMADE | ) |

MOTION TO MODIFY CONDITIONS OF BOND

    Now comes the defendant in the above entitled matter and moves this Honorable Court to modify his present conditions of bond to permit him to travel within the New England States. As his reasons, therefore, counsel directs the Court's attention to the attached affidavit.

    Counsel for the defendant has conferred with Assistant United States Attorney, Kim West, who has no objection to the allowance of this motion.

THE DEFENDANT

BY: /s/
Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney Kim West, Esq., John Joseph Moakley United States Courthouse, One Courthouse Way, Suite 9200, Boston, MA. 02210 this /s/ day of November, 2004.

Vincent A. Bongiorni