UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 04-10214 GAO |
| | ) |
| MOHAMAD M. HAMADE | ) |

AFFIDAVIT

Now comes Vincent A. Bongiorni, Esq. and being duly sworn states as follows:

Shortly after the defendant was released form custody, his employment delivering United States mail as a contract carrier with the United States Post Office was terminated. This determination came as a result of the United States Post Office's policy suspending employment whenever an indictment has been returned against a contract employee. Mr. Hamade has work available to him in his profession as a truck driver, however, most employers will require him to travel at a minimum in the New England area.

The present restrictions on travel inhibit his employment with a number of trucking concerns who are prepared to hire him.

Signed under the pains and penalties of perjury this _3rd_ day of November, 2004.

_____
Vincent A. Bongiorni