UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 04-10214-GAO |
| ) | |
| MOHAMAD HAMADE ) | |

**JOINT FINAL STATUS CONFERENCE MEMORANDUM**

The United States of America, by Assistant U.S. Attorney Kimberly West, and the defendant Mohamad Hamade, by counsel Vincent Bongiorni, Esq, jointly submit this memorandum pursuant to the Order for Final Status Conference. In so doing, the parties address herein the issues delineated in L.R. 116.5(C)(1)-(C)(9).

1. The government anticipates providing a certified copy of a Greek marriage certificate within the next 30 days. There are no other outstanding discovery issues.

2. The parties agree to provide additional discovery if it becomes available.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi by the defendant.

5. The defendant has filed a motion to dismiss requiring a ruling by the District Court before trial. The defendant may file further pre-trial motions.

6. A hearing on the defendant's motion to dismiss should be scheduled.

7. The parties have discussed the possibility of an early resolution of the case without a trial. These discussions have not led to any resolution.

8. The parties agree to the periods already excluded by order of this Court, including: the

period of time commencing on October 20, 2004, the date of the filing of defendant's motion to dismiss, up to and including the date of hearing on, or other disposition of such motion as excluded pursuant to 18 U.S.C. § 3161 (h)(1)(F). At the date of the disposition of such motion, nineteen (19) non-excludable days will have occurred leaving fifty-one (51) days remaining under the Speedy Trial Act under which this case must be tried.

    9. If this matter were to proceed to trial, the parties anticipate that the trial would take four days.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

By:   /s/ Kimberly P. West
       KIMBERLY P. WEST
       Assistant U.S. Attorney

MOHAMAD HAMADE
Defendant

By:   /s/ Vincent Bongiorni
       VINCENT BONGIORNI, ESQ.
       Counsel for Mohamad Hamade

DATE: December 1, 2004