UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) NO. 04-10214 GAO |
| MOHAMAD M. HAMADE | ) |

DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

Now comes Mohamad Hamade, by and through counsel, and moves this Honorable Court for an order continuing the date presently set for trial, and as his basis, therefore, asserts the following:

1. A conflict in the trial schedule of defense counsel (see attached affidavit of counsel);
2. Ongoing discovery which is presently unavailable.

Pursuant to Local Rule, counsel for the defendant has conferred with Assistant United States Attorney, Greg Moffat, who expresses no objection to the allowance of this motion.

WHEREFORE, defendant requests this matter be continued to a date in November convenient to all parties.

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni

Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Greg Moffat, Esq., United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA. 02210 this       day of July, 2005.

/s/ Vincent A. Bongironi

August 1, 2005

Vincent A. Bongiorni