UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 04-10214-GAO |
| | ) | |
| MOHAMAD HAMADE | ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE TRIAL DATE
AND ORDER OF EXCLUDABLE DELAY**

    The United States hereby moves continue the trial in this matter to a date in February or March, 2006 convenient with the Court's schedule. The government further moves to exclude the period of the continuance from the period within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. As grounds, the Government refers to the attached affidavit of Kimberly P. West. The government further moves that the Court find that the period of delay will serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial and is therefore excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

    The defendant assents to this motion and suffers no prejudice by its granting.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Kimberly P. West
       KIMBERLY P. WEST
       Assistant U.S. Attorney

Dated: November 14, 2005

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney for defendant Mohamad Hamade, Vincent Bongiorni, Esq., 95 State Street, Springfield, MA on November 14, 2005 via facsimile and first class mail.

                                    /s/ Kimberly P. West
                                    Kimberly P. West
                                    Assistant U.S. Attorney