UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO.  04-10214 GAO |
| | ) | |
| MOHAMAD M.  HAMADE | ) | |

**MOTION TO MODIFY CONDITIONS OF BOND**

Now comes the defendant in the above entitled matter and moves this Honorable Court to modify his present conditions of bond to permit him to work  for an owner/operator, David Medina, as a driver which requires travel cross-country.

Counsel for the defendant has conferred with Assistant United States Attorney, Kim West, who has no objection to the allowance of this motion.

WHEREFORE, defendant moves this condition of bond be modified to remove the current restrictions on travel.

THE DEFENDANT

BY:/s/ Vincent A. Bongiorni
Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney Kim West, Esq., John Joseph Moakley United States Courthouse, One Courthouse Way, Suite 9200, Boston, MA. 02210 this 4th day of January 2006.

/s/ Vincent A. Bongiorni