UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )    NO.  04-10214 GAO |
| | ) |
| MOHAMAD M. HAMADE | ) |

## MOTION TO CONTINUE

    Now comes the defendant, by and through counsel, and moves this Honorable Court for an order continuing the Pretrial Conference scheduled for Monday, March 27, 2006 at 2:00 p.m., and as his basis, therefore, asserts the following:

    Counsel for defendant is presently engaged in trial before in United States v. Melvin Richardson, Docket No. 03-30047-MAP which will continue for at least 7 trial days.

    WHEREFORE, counsel for defendant requests the Final Conference and Trial be rescheduled to a date on or after April 3, 2006.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, John Joseph Moakley United States Courthouse, One Courthouse Way, Suite 9200, Boston, MA. 02210 this 23rd day of March 2006.

/s/ Vincent A. Bongiorni