UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | )    Crim. No. 04-10214-GAO |
| | ) |
| **MOHAMED HAMADE** | ) |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby provides notice of his appearance in the above-captioned matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Aloke Chakravarty
      ALOKE CHAKRAVARTY
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      BBO# 637288
      617-748-3658

DATED: April 5, 2006

### CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 5, 2006.

        /s/ Aloke Chakravarty
        ALOKE CHAKRAVARTY
        ASSISTANT UNITED STATES ATTORNEY