UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| V. | ) | **Criminal No. 04-10214-GAO** |
| | ) ) | |
| **MOHAMAD HAMADE** | ) ) ) | |

## GOVERNMENT'S WITNESS LIST

1.  James Bratton
    Customs and Border Patrol
    New York, NY

2.  Joanne Sassone
    Citizenship and Immigration Services
    Boston, MA

3.  Toni Swanson
    Citizenship and Immigration Services
    Boston, MA

4.  Heather Berger
    Citizenship and Immigration Services
    Boston, MA

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                            By:    /s/ Kimberly P. West
                                          KIMBERLY P. WEST
                                          ALOKE S. CHAKRAVARTY
                                          Assistant U.S. Attorneys

Dated: April 11, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kimberly P. West  
Kimberly P. West  
Assistant U.S. Attorney
