UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| V. | ) | **Criminal No. 04-10214-GAO** |
| | ) | |
| | ) | |
| **MOHAMAD HAMADE** | ) | |
| | ) | |
| | ) | |

## GOVERNMENT'S EXHIBIT LIST

Exhibit No.            Description

1.            Certificate of Marriage

2.            Certificate of Family Registry

3.            Certificate of Absence of Divorce

4.            Copy of Passport

5.            Copy of Airline Ticket

6.            Copy of Drivers License

7.            Form I - 130 Application and supporting documents

8.            Form I - 485 Application and supporting documents

9.            Form I - 751 Application and supporting documents

10.                             Form N - 400 Application and supporting documents

                                                      Respectfully submitted,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

                                   By:    /s/ Kimberly P. West
                                                    KIMBERLY P. WEST
                                                    ALOKE S.CHAKRAVARTY
Dated: April 11, 2006                     Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                              /s/ Kimberly P. West
                                                              Kimberly P. West
                                                              Assistant U.S. Attorney

Case 1:04-cr-10214-GAO    Document 40    Filed 04/11/2006    Page 3 of 3