UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 04-10214 GAO |
| | ) | |
| MOHAMAD M. HAMADE | ) | |

**WITNESS LIST**

Now comes the defendant, Mohamad Hamade, and hereby provides the name(s) and address(es) of witness(es) in the above entitled matter:

1. Gregory C. Nevano, Special Agent JTTF,
   Dept. of Homeland Security
   Immigration and Customs Enforcement
   JFK Federal Building Government Center
   Boston, MA 02203

The defendant recognizes its ongoing obligation to provide additional names and addresses of witnesses that become known during the pendency of this matter.

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney Kim West, Esq., John Joseph Moakley United States Courthouse, One Courthouse Way, Suite 9200, Boston, MA. 02210 this 14th day of April 2006.

/s/ Vincent A. Bongiorni