UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          NO.  04-10214 GAO
                                  )
MOHAMAD M.  HAMADE                )

### DEFENDANT'S EXHIBIT LIST

EXHIBIT 1    I.N.S. A FILE
             VISA, dated November 5, 1997

EXHIBIT 2    I.N.S. A FILE
             LETTER, dated June 1, 1999 from Naomi & Mohamad Hamade re: Visa

EXHIBIT 3    I.N.S. A FILE
             FORM I-864A, page 3, dated June 29, 1999

EXHIBIT 4    I.N.S. A FILE
             LETTER, dated December 16, 1999 re: reschedule appointment

EXHIBIT 5    I.N.S. A FILE
             FORM G-325A, dated April 29, 1999

EXHIBIT 6    I.N.S. A FILE
             FORM G-325A, dated June 30, 1999

EXHIBIT 7    I.N.S. A FILE
             FORM I-485 - PART 4, dated May 31, 1999

EXHIBIT 8    ISLAMIC COURT DECREE, dated June 10, 2005

EXHIBIT 9    U.S. CUSTOMS NTC LOOKOUT, dated January 10, 2004

EXHIBIT 10   PERSON SUBJECT INFORMATION, dated May 22, 2003 (Harold D.
             Gallagher)

EXHIBIT 11   TECS II PERSON SUBJECT, dated May 20, 2003

EXHIBIT 12   TECS II PERSON SUBJECT, dated January 8, 2004 (Greg Nevano)

THE DEFENDANT


BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040


CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney Kim West, Esq., John J. Moakley United States Courthouse, One Courthouse Way, Suite 9200, Boston, MA. 02210 this 14th day of April 2006.

/s/ Vincent A. Bongiorni