UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | **Criminal No. 04-10214-GAO** |
| | ) | |
| MOHAMAD HAMADE | ) | |

## GOVERNMENT'S REVISED EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 1. | Certificate of Marriage |
| 1a. | Translation of Certificate of Marriage |
| 2. | Certificate of Family Registry |
| 2a. | Translation of Family Registry |
| 3. | Certificate of Absence of Divorce |
| 3a. | Translation of Absence of Divorce |
| 4. | Copy of Passport |
| 5. | Copy of Airline Receipt and Itinerary |
| 6. | Copy of Massachusetts Drivers License |
| 7. | Form I - 130 Application |
| 7a. | Hamade G-325A, 4/29/99 |
| 7b. | DeChristopher G-325A, 4/29/99 |
| 7c. | Important Document Information, 4/29/99 |

| | |
|---|---|
| 7d. | Judgment of Divorce Nisi |
| 7e. | State of Vermont Certificate of Marriage |
| 8. | Cover Sheet, Pink |
| 8a. | Form I - 485 Application, Parts 1, 2 and 3 |
| 8b. | Form I - 485 Application, Part 3 continued and Part 4 |
| 8c. | Hamade and DeChristopher drivers licenses |
| 8d. | Hamade drivers license, front and back |
| 8e. | Great-West health card |
| 8f. | Sara Hamade - Central Index System |
| 8g. | Interview appointment for 2/28/00 |
| 8h. | Notice of Change of Appointment |
| 8i. | Copy of Passport and I-94 Departure Record |
| 8j. | U.S. Visa for Mohamad Hamade |
| 8k. | 3224/1593, Percu Piastres Liban |
| 8l. | Personal identification paper |
| 8m. | Hamade photo with Arabic writing |
| 8n. | DeChristopher birth certificate |
| 8o. | State of Vermont Certificate of Marriage |
| 8p. | Hamade G-325A, 6/30/99 |
| 8q. | DeChristopher G-325A, 6/30/99 |
| 8r. | Judgment of Divorce Nisi |
| 8s. | Certificate of Birth, Commonwealth of Massachusetts, DeChristopher |

| | |
|---|---|
| 8t. | Form I - 693 |
| 8u. | Supplemental Form to I - 693 |
| 8v. | Form I - 864 |
| 8w. | 1998 Poverty Guidelines |
| 8x. - 8tt. | IRS printout for DeChristopher and Hamade (23 pages) |
| 8uu. | Preston letter, 6/1/99 |
| 8vv. | United Cooperation Bank letter, 6/10/99 |
| 8xx. | Letter from DeChristopher verifying salary, 6/1/99 |
| 8yy. | United Cooperative Bank verification of accounts |
| 8zz. | Letter from DeChristopher verifying salary, 6/1/99 |
| 8(1). | Blank paper |
| 8(2). | Letter from DeChristopher and Hamade, 6/1/99 |
| 8(3). | Notice of Action, Notice Date 5/11/99 |
| 8(4). | I - 485 Officer's Check List |
| 8(5). | Swanson's notes from I - 485 interview |
| 8(6). | Memorandum of Creation of Record |
| 8(7). | Memorandum of Creation of Record |
| 8(8). | I - 181 Information Processing Sheet |
| 8(9). | Notice of Action, notice date 5/18/99 |
| 8(10). | Form 9003 |
| 9. | Cover Sheet, Pink |
| 9a. | Form I - 751 Application |

| | |
|---|---|
| 9b. | Hamade Permanent Resident Card |
| 9c. | AT & T statement |
| 9d. | Verizon statement |
| 9e. | Western Massachusetts Electric |
| 9f. | United Cooperative Bank Statement |
| 9g. | Blank check |
| 9h. | The Principal Financial Group - Life Insurance |
| 9i. | One Health Plan statement of claim |
| 9j. - 9k. | Massachusetts Income Tax Return, 2000 |
| 9l. - 9m. | Connecticut Nonresident Income Tax Return, 2000 |
| 9n. - 9t. | U.S. Individual Income Tax Return, 2000 (7 pages) |
| 9u. | Bernice DeChristopher letter, 9/3/01 |
| 9v. | Cheryl Hay letter, 9/7/01 |
| 9w. | Rosemary LaFleur letter, 9/4/01 |
| 10. | Form N - 400, p. 1 |
| 10a. | Form N - 400, p. 2 |
| 10b. | Form N - 400, p. 3 |
| 10c. | Form N - 400, p. 4 |
| 10d. | Form N - 400, p. 5 |
| 10e. | Form N - 400, p. 6 |
| 10f. | Form N - 400, p. 7 |
| 10g. | Form N - 400, p. 8 |

| | |
|---|---|
| 10h. | Form N - 400, p. 9 |
| 10i. | Form N - 400, p. 10 |
| 10j. | Passport photos of Hamade |
| 10k. | Petition for Name Change |
| 10l. | Certificate Preparation Sheet and Oath Declaration |
| 10m. | INS Naturalization Test, Civics/ History |
| 10n. | INS Naturalization Test, English Writing Proficiency |
| 10o. | Naturalization Interview Results |
| 10p. | Notice of Action, notice date 5/7/03 |
| 10q. | Envelope addressed to Vermont Service Center |
| 10r. | Mohamad Hamade - Central Index System |
| 10s. | Receipt with Suspense |
| 10t. | Envelope addressed to U.S. INS |

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Kimberly P. West
       KIMBERLY P. WEST
       ALOKE S. CHAKRAVARTY
       Assistant U.S. Attorneys

Dated: April 18, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and will be delivered in hand to Vincent Bongiorni on April 18, 2006.

/s/ Kimberly P. West
Kimberly P. West
Assistant U.S. Attorney