## COUNT 3 : FRAUD AND MISUSE OF VISAS, PERMITS AND OTHER DOCUMENTS - ELEMENTS

The defendant, Mohamad Hamade, is charged with knowingly making under oath a false statement in a document required by federal immigration laws. Specifically, he is charged with knowingly making a false statement on Form N-400 to an immigration officer in an interview under oath. For you to find the defendant guilty of this crime, you must be convinced that the government has proven each of these things beyond a reasonable doubt:

<u>First</u>, that the defendant knowingly made under oath;

<u>Second</u>, any false statement with respect to material fact; and

<u>Third</u>, that the defendant made the statement in connection with Form N-400.

<u>United States v. Ramirez</u>, 420 F.3d 134, 140 (2nd. Cir. 2005).