UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| ) | |
| V.    ) | Criminal No. 04-10214-GAO |
| ) | |
| ) | |
| **MOHAMAD HAMADE** ) | |
| ) | |
| ) | |

**GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS**

The United States of America, by and through Assistant United States Attorneys Kimberly P. West and Aloke S. Chakravarty, respectfully requests that the Court ask prospective trial jurors in the above-captioned case the following questions:

1. Do any among you have any mental reservations or positive opinions regarding the United States immigration laws or proposed laws which would affect your judgment, so as to prevent you from rendering a fair and impartial verdict?

2. This case was investigated by Immigration and Customs Enforcement (formerly known as Immigration and Naturalization Services). Is there anything about your attitude towards that government agency, or any other law enforcement agency, which would prevent you from rendering a fair and impartial verdict?

3.  Do any of you have any opinions whether religious faith should have any affect or influence on the interpretation of the immigration laws of the United States, positive or negative, so as to prevent you from rendering a fair and impartial verdict?

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

April 18, 2006                 By:   /s/ Kimberly P. West
                                              KIMBERLY P. WEST
                                              ALOKE S. CHAKRAVARTY
                                              Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                          /s/ Kimberly P. West
                                          Kimberly P. West
                                          Assistant U.S. Attorney