(+ Ex 2

11:30 AM
4/25/06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA
Plaintiff(s)

Vs.

M. HAMADE
Defendant(s)

Civil No. _____

Criminal No. _____

## NOTE FROM THE JURY

YOUR HONOR,

WE CANNOT REACH A UNANIMOUS DECISION.

DATED at Boston on 4/25/06

TIME: 11:00 AM

Mary Carfagna
Signature of Foreperson

We ask that you continue deliberations in an effort to reach a unanimous verdict.

/s/ GAO
District Judge

11:30 am

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

___USA___, )
Plaintiff(s) )            Civil No. _____
             )
Vs.          )            Criminal No. _____
             )
___M. HAMADE___, )
Defendant(s) )
             )
             )

NOTE FROM THE JURY

YOUR HONOR,

THE JURY WOULD LIKE YOU TO REPEAT YOUR DELIBERATION INSTRUCTIONS BECAUSE WE CONTINUE TO BE SPLIT ON A DECISION

DATED at Boston on __4/25/06__

TIME: __1:27 pm__         __Mary Carfagna__
                          Signature of Foreperson

Ct EX 5
4/25/06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA , Plaintiff(s)

Vs.

M. HAMADE , Defendant(s)

Civil No. _____

Criminal No. _____

NOTE FROM THE JURY

YOUR HONOR,

WE ARE HOPELESSLY DEADLOCKED. WE ALL AGREE THAT FURTHER DELIBERATION WILL BE FRUITLESS.

DATED at Boston on 4/25/06

TIME: 2:55pm

Mary Carfagna
Signature of Foreperson