Ct Ex 6
4/26/06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

___USA___, )   Civil No. _____
Plaintiff(s)    )
)
Vs.   )   Criminal No. _____
)
___M. Hamade___, )
Defendant(s)    )
_____ )

NOTE FROM THE JURY

YOUR HONOR,

The jury cannot reach a unanimous decision, and are convinced that we will not be able to reach one on any count. We have explored and taken multiple approaches toward the evaluation of the evidence and remain deadlocked on all counts.

DATED at Boston on ___4/26/06___

TIME: __11:37 am__                    ___Mary Carfagna___
                                        Signature of Foreperson