**West, Kimberly (USAMA)**

**From:** Loucks, Michael (USAMA)
**Sent:** Monday, April 24, 2006 7:57 AM
**To:** Chakravarty, Aloke (USAMA); West, Kimberly (USAMA)
**Subject:** Juror Contact

Kim, Al:

I had a brief contact with one of your jurors in the parking lot. It happened as follows, at about 7:30 a.m. this morning.

I parked at the end of the first row, while someone was parking his/her car just opposite mine. As I, while half asleep, was walking out from my car, the person who parked opposite me, who turned out to be a woman (almost as tall as I am, reddish hair), stepped out from her car and apparently recognized me, saying: "I've seen you in the back of Judge O'Toole's courtroom." I was kind of startled (typically no one talks to anyone else in the parking lot!) and I hadn't recognize her at all and was not expecting her to say anything to me, but, her having recognized me and my thinking she was on Judge O'Toole's staff, I stuck out my hand, said: "Hi, I'm Mike Loucks, I work at the US Attorney's office." We shook hands, and she said "I've seen you in the back of the courtroom a couple of times. Isn't Judge O'Toole a great judge."

I said: "Yes. I've never tried a case in front of him." Then, my brain kicked in, I glanced at her again and I asked: "Are you on the jury?"

She said "Yes."

I said: "I can't talk to you."

While we walked in the rest of the way from the parking lot, I deliberately slowed down so we were not walking together. The only other thing that I remember she said was "I came in early to beat the traffic."

If you need me in the courtroom, holler; I will be at my desk. I was going to come down to watch the cross, but I think in view of the juror contact, it is probably best that I not be in the courtroom.

Feel free to forward this email on to the Judge or defense counsel if you think it should be.

*Michael K. Loucks*
First Assistant U.S. Attorney
617-748-3185
617-748-3953 (fax)