AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT DISTRICT OF **MASSACHUSETTS**

U. S. A.

V.

MOHAMAD HAMAOE (Gov't)

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10214-GAO

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'Toole | West | Bongiorni |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/18/06 | Shelly Killian | Lynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 9 | 4/19/06 | ✓ | | NTC lookout |
| | 10 | 4/20/06 | ✓ | ✓ | statement |
| | 11 | 4/24/06 | ✓ | ✓ | CD of Phone calls |
| | 12 | 4/24/06 | ✓ | | Grand Jury Transcript |
| | 12 | 4/24/06 | ✓ | ✓ | Extract |

God

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages