TITLE: U S  vs. Mohamed Hamade

CASE NO: cr04-10214-GAO

**JURY PANEL**

1) Daniel Greene
2) Rachel Ounbar
3) Jonathan Kachinski
4) Alexander Stewart
5) Cathy Thiele
6) Robert Tells
7) Daniel Thompson
8) Cherie Mars
9) Linda Renzi
10) Robin Newhall
11) Mary Carfagna
12) John Shi
13) Carol Suby
14) Debra Cimmino

**WITNESSES**

Gov't/Pltf.

1) James Bratton
2) JoAnn Sassone
3) Toni Swanson
4) Heather Melnyk
5) Saline Vallad

Defendant

1) Mohamed Hamade