UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10214-GAO |
| | ) |
| MOHAMAD HAMADE | ) |

## GOVERNMENT'S REVISED EXHIBIT LIST

Exhibit No.          Description

1.                   Certificate of Marriage                     *offered – 4/18/06*
                                                                 *Received 4/18/06*
1a.                  Translation of Certificate of Marriage

2.                   Certificate of Family Registry

2a.                  Translation of Family Registry

3.                   Certificate of Absence of Divorce

3a.                  Translation of Absence of Divorce

4.                   Copy of Passport – *offered – 4/18/06  Received – 4/18/06*

5.                   Copy of Airline Receipt and Itinerary *offered – 4/18/06  Received 4/18/06*
5A.                  Customs Declaration Form   "   4/18/06   "  4/18/06
6.                   Copy of Massachusetts Drivers License
                     *offered – 4/18/06 – Received 4/18/06*

7.                   Form I-130 Application
                     *offered 4/19/06 – Received – 4/19/06*
7a.                  Hamade G-325A, 4/29/99
                     *offered – 4/19/06 – Received – 4/19/06*
7b.                  DeChristopher G-325A, 4/29/99
                     *offered 4/19/06  Received – 4/19/06*

1

7c.  Important Document Information, 4/29/99
Offered- 4/19/06; Received- 4/19/06

7d.  Judgment of Divorce Nisi
Offered- 4/19/06; Received- 4/19/06

7e.  State of Vermont Certificate of Marriage
Offered- 4/19/06; Received- 4/19/06

8.  Cover Sheet, Pink

8a.  Form I - 485 Application, Parts 1, 2 and 3
Offered- 4/19/06; Received- 4/19/06

8b.  Form I - 485 Application, Part 3 continued and Part 4
Offered- 4/19/06; Received- 4/19/06

8c.  Hamade and DeChristopher drivers licenses
Offered- 4/19/06; Received- 4/19/06

√8d.  Hamade drivers license, front and back

8e.  Great-West health card

8f.  Sara Hamade - Central Index System

8g.  Interview appointment for 2/28/00
Offered- 4/19/06; Received- 4/19/06

8h.  Notice of Change of Appointment
Offered- 4/19/06; Received- 4/19/06

8i.  Copy of Passport and I-94 Departure Record
Offered- 4/19/06; Received- 4/19/06

8j.  U.S. Visa for Mohamad Hamade
Offered- 4/19/06; Received- 4/19/06

8k.  3224/1593, Percu Piastres Liban
Offered- 4/19/06; Received- 4/19/06

8l.  Personal identification paper
Offered- 4/19/06; Received- 4/19/06

8m.  Hamade photo with Arabic writing
Offered- 4/19/06; Received- 4/19/06

8n.  DeChristopher birth certificate
Offered- 4/19/06; Received- 4/19/06

8o.  State of Vermont Certificate of Marriage
Offered- 4/19/06; Received- 4/19/06

8p.  Hamade G-325A, 6/30/99
Offered- 4/19/06; Received- 4/19/06

8q.  DeChristopher G-325A, 6/30/99
Offered- 4/19/06; Received- 4/19/06

8r.  Judgment of Divorce Nisi
Offered- 4/19/06; Received- 4/19/06

| | |
|---|---|
| 8s. | Certificate of Birth, Commonwealth of Massachusetts, DeChristopher<br>*offered - 4/19/06; Received - 4/19/06* |
| 8t. | Form I - 693<br>*offered - 4/19/06; Received - 4/19/06* |
| 8u. | Supplemental Form to I - 693<br>*offered - 4/19/06; Received - 4/19/06* |
| 8v. | Form I - 864<br>*offered - 4/19/06; Received - 4/19/06* |
| 8w. | 1998 Poverty Guidelines<br>*offered - 4/19/06; Received - 4/19/06* |
| 8x. - 8tt. | IRS printout for DeChristopher and Hamade (23 pages) |
| 8uu. | Preston letter, 6/1/99 |
| 8vv. | United Cooperation Bank letter, 6/10/99 |
| 8xx. | Letter from DeChristopher verifying salary, 6/1/99 |
| 8yy. | United Cooperative Bank verification of accounts |
| 8zz. | Letter from DeChristopher verifying salary, 6/1/99 |
| 8(1). | Blank paper |
| 8(2). | Letter from DeChristopher and Hamade, 6/1/99<br>*offered - 4/19/06; Received - 4/19/06* |
| 8(3). | Notice of Action, Notice Date 5/11/99 |
| 8(4). | I - 485 Officer's Check List<br>*offered - 4/19/06; Received - 4/19/06* |
| 8(5). | Swanson's notes from I - 485 interview<br>*offered - 4/20/06; Received - 4/20/06* |
| 8(6). | Memorandum of Creation of Record<br>*offered - 4/19/06; Received - 4/19/06* |
| 8(7). | Memorandum of Creation of Record<br>*offered - 4/19/06; Received - 4/19/06* |
| 8(8). | I - 181 Information Processing Sheet<br>*offered - 4/19/06; Received - 4/19/06* |
| 8(9). | Notice of Action, notice date 5/18/99 |
| 8(10). | Form 9003 |

| | |
|---|---|
| 9. | Cover Sheet, Pink |
| 9a. | Form I - 751 Application *offered - 4/19/06; Received - 4/19/06* |
| 9b. | Hamade Permanent Resident Card *offered - 4/19/06; Received - 4/19/06* |
| 9c. | AT & T statement |
| 9d. | Verizon statement |
| 9e. | Western Massachusetts Electric |
| 9f. | United Cooperative Bank Statement |
| 9g. | Blank check |
| 9h. | The Principal Financial Group - Life Insurance |
| 9i. | One Health Plan statement of claim |
| 9j. - 9k. | Massachusetts Income Tax Return, 2000 |
| 9l. - 9m. | Connecticut Nonresident Income Tax Return, 2000 |
| 9n. - 9t. | U.S. Individual Income Tax Return, 2000 (7 pages) |
| 9u. | Bernice DeChristopher letter, 9/3/01 |
| 9v. | Cheryl Hay letter, 9/7/01 |
| 9w. | Rosemary LaFleur letter, 9/4/01 |
| 10. | Form N - 400, p. 1 *offered - 4/19/06; Received - 4/19/06* |
| 10a. | Form N - 400, p. 2 *offered - 4/19/06; Received - 4/19/06* |
| 10b. | Form N - 400, p. 3 *offered - 4/19/06; Received - 4/19/06* |
| 10c. | Form N - 400, p. 4 *offered - 4/19/06; Received - 4/19/06* |
| 10d. | Form N - 400, p. 5 *offered - 4/19/06; Received - 4/19/06* |
| 10e. | Form N - 400, p. 6 *offered - 4/19/06; Received - 4/19/06* |

| | |
|---|---|
| 10f. | Form N - 400, p. 7<br>offered - 4/19/06; Received - 4/19/06 |
| 10g. | Form N - 400, p. 8<br>offered - 4/19/06; Received - 4/19/06 |
| 10h. | Form N - 400, p. 9<br>offered - 4/19/06; Received - 4/19/06 |
| 10i. | Form N - 400, p. 10<br>offered - 4/19/06; Received - 4/19/06 |
| 10j. | Passport photos of Hamade<br>offered - 4/19/06; Received - 4/19/06 |
| 10k. | Petition for Name Change<br>offered - 4/19/06; Received - 4/19/06 |
| 10l. | Certificate Preparation Sheet and Oath Declaration<br>offered - 4/19/06; Received - 4/19/06 |
| 10m. | INS Naturalization Test, Civics/ History<br>offered - 4/19/06; Received - 4/19/06 |
| 10n. | INS Naturalization Test, English Writing Proficiency<br>offered - 4/19/06; Received - 4/19/06 |
| 10o. | Naturalization Interview Results.<br>offered - 4/19/06; Received - 4/19/06 |
| 10p. | Notice of Action, notice date 5/7/03 |
| 10q. | Envelope addressed to Vermont Service Center |
| 10r. | Mohamad Hamade - Central Index System |
| 10s. | Receipt with Suspense |
| 10t. | Envelope addressed to U.S. INS |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Kimberly P. West
KIMBERLY P. WEST
ALOKE S. CHAKRAVARTY
Assistant U.S. Attorneys

Dated: April 18, 2006

5

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and will be delivered in hand to Vincent Bongiorni on April 18, 2006.

        /s/ Kimberly P. West
        Kimberly P. West
        Assistant U.S. Attorney