United States District Court
District of Massachusetts

| | | |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | No.1:04-cr-10214-GAO-ALL |
| | ) | |
| Mohamed Hamade | ) | |
|     Defendant. | ) | |

Motion for Continuance

Now comes the defendant in the above-entitled case, by and through newly appointed counsel and hereby requests this Court continue the previously scheduled status date from June1, 2006 until June 5, 2006. Defendant's counsel states as reason in support thereof that he is previously scheduled to attend two civil depositions in which the deponents will shortly be leaving the Commonwealth. The government, having been consulted by the defendant's counsel, assents to this Motion.

MOHAMED HAMADE,
By his attorney

/s/ John Salsberg
John Salsberg
SALSBERG & SCHNEIDER
95 Commercial Wharf
Boston, MA 02110
(617) 227-7788

Dated: May 26, 2006

Certificate of Service

I, John Salsberg, hereby certify that a true copy of the above document was served upon the United States and all counsel of record by e-filing.

/s/ John Salsberg

Dated: May 26, 2006