United States District Court
District of Massachusetts

| | |
|---|---|
| United States ) | |
| ) | |
| v. ) | |
| ) | No.1:04-cr-10214-GAO-ALL |
| Mohamed Hamade ) | |
| Defendant ) | |
| ) | |

**Defendant Mohamed Hamade's Motion for Preparation of Transcripts**

Defendant Mohamed Hamade moves that this court grant him funds under 18 U.S.C. § 3006A(e)(1) for the reproduction of the transcripts of the testimony of all witnesses, opening and closing statements of all counsel, and complete jury instructions from his first trial.

In support of this motion, the defendant states that the transcripts are necessary for adequate preparation for the defendant's second trial.

    MOHAMED HAMADE
    By his attorney,

    /s/ John Salsberg
    John Salsberg
    B.B.O. No. 439300
    SALSBERG & SCHNEIDER
    95 Commercial Wharf
    Boston, MA 02110
    (617) 227-7788

Dated: June 19, 2006

## Certificate of Service

    I hereby certify that a true copy of the above document was served on the United States and all counsel of record by e-filing.

/s/ John Salsberg  
John Salsberg
