August 3, 2006



Pre Trial Services
1550 Main St.
Springfield, MA



2006 AUG 14 P 3: 53    *CRO4-10214-GAO*

Re: Mohamad Hamade

To Whom It May Concern;

Due to my financial situation, I was appointed the services of a public defender. Although my original trial was declared a mistrial, the government wishes to try me again. Attorney John Salzberg has been appointed to represent me.

On or about July 1st, I spoke with Atty. Salzberg about my case. Initially, he was very interested and willing to defend me. I no longer feel that way. Since the turmoil in Lebanon began, Atty. Salzberg has changed his opinions regarding my case. I feel he cannot represent me without prejudice, and I am requesting new counsel.

I have been ill since this ordeal began in July of 2004. I am under a physician's care for PTSD, and find it difficult, if not impossible, to commute back and forth to Boston, for attorney services and court appearances.

I am requesting my case be moved to the Springfield Federal Court, and an attorney from this area be appointed to my case.

Thank you for your attention and time concerning this matter.

Sincerely,

Mohamad M. Hamade
1476 Westfield St.
West Springfield, MA  01089