**United States District Court**
**District of Massachusetts**

---

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | No. 04-CR-10214-GAO |
| **Mohamed Hamade,** | ) | |
| **Defendant.** | ) | |
| | ) | |

---

## Defendant Hamade's Motion to Continue Trial Date

---

Defendant Mohamed Hamade moves that this Court continue his trial date from January 16, 2007, when it is currently scheduled to begin, to May 2007.

In support of this motion, the defendant states as follows:

1. The additional time requested is necessary to adequately prepare the case for trial and to safeguard Hamade's constitutional right to due process and the effective assistance of counsel.

2. The transcripts of the defendant's first trial have just recently been completed. A preliminary review of those transcripts has revealed that defense counsel must conduct considerable further factual investigation and legal research prior to trial.

3. Moreover, defense counsel's preparation for the examination of the government's witnesses will require additional careful review of the transcripts of the first trial.

4. The government has indicated that it may have an additional witness from

Greece at Hamade's second trial to support its contention that Hamade entered into a valid marriage in Greece. Preparing for the effective cross-examination of this witness and obtaining possible rebuttal witnesses and other evidence will require additional time.

5. Assistant United States Attorney Aloke Chakravarty has assented to this request to a continuance on behalf of the government. The defendant assents to the exclusion of the period of delay caused by the requested continuance under 18 U.S.C. §3161(h)(8)(A).

For all of these reasons, the defendant requests that the Court continue his trial date from January 16, 2007, when it is currently scheduled to begin, to May 2007.

Mohamed Hamade
By his attorney,

/s/ John Salsberg
John Salsberg
B.B.O. No. 439300
SALSBERG & SCHNEIDER
95 Commercial Wharf
Boston, MA 02110
(617) 227-7788

Dated: December 21, 2006

### Certificate of Service

I hereby certify that I have served this motion on the government and all counsel of record by e-filing.

/s/ Ryan M. Schiff
Ryan M. Schiff
