UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 04-10214-GAO |
| ) | |
| MOHAMED HAMADE          ) | |

**MOTION TO EXTEND TIME TO FILE MOTIONS IN LIMINE (ASSENTED TO)**

The United States of America respectfully moves that the deadline to file motions in limine in this case be extended to at least Thursday, April 26, 2007. Defense counsel assents to this request. As reasons therefore, the government states that the trial is scheduled to commence on May 21, 2007, and the parties require additional time to consider and prepare motions in limine, if any are to be filed. Additionally, defense counsel is without computer and telephonic connectivity because of the recent weather. Allowance of this motion should not affect the trial date in this matter and is in the interests of justice.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                            By: /s/ Aloke S. Chakravarty
                                            ALOKE S. CHAKRAVARTY
                                            KIMBERLEY WEST
                                            Assistant U.S. Attorneys

Date: April 18, 2007

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have discussed this matter with counsel, and this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 18, 2007

                                           /s/ Aloke Chakravarty
                                          ALOKE CHAKRAVARTY
                                          ASSISTANT UNITED STATES ATTORNEY