UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | Cr. No. 04-10214-GAO |
| | ) | |
| **MOHAMED HAMADE** | ) | |

## GOVERNMENT'S SUMMARY OF EXPERT TESTIMONY

Pursuant to Fed. R. Crim. P. 16(a)(1)(G), the government hereby discloses a written summary of the testimony of Dimitrios Ioannidis ("Ioannidis"), the Counsel to the Greek Consulate in Boston, who will testify at trial. Ioannidis will describe the process involved in recording Greek marriages, births, and other aspects of Greek family law, including divorce law. The basis for his testimony will be his familiarity with the Greek legal system through his more than 15 years experience working as Counsel to the Greek Consulate. Since 1992, Ioannidis has fielded all inquiries to the Greek Consulate in Boston from individuals, businesses and educational and non-profit institutions regarding questions of Greek law. His testimony will also be based on his work doing different and various investigations in Greece. Ioannidis is a native of Greece and fluent in the language. Ioannidis' resume is attached.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Kimberly P. West
        ALOKE S. CHAKRAVARTY
        KIMBERLY P. WEST
        Assistant U.S. Attorneys

Dated: April 26, 2007

CERTIFICATE OF SERVICE

      I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Kimberly P. West
      Kimberly P. West
      Assistant U.S. Attorney