**Dimitrios Ioannidis,** is an attorney with offices at 31 State Street, Boston, Massachusetts, 02109. He is of counsel to **Roach & Wise, LLP** and he practices primarily in the areas of **International Business Transactions, Civil Litigation and Real Estate.** He is also counsel to the Consulate General of Greece in Boston, the Greek Government and many other Hellenic institutions and organizations.

### Education

Boston University, Boston, Massachusetts (B.A. in Economics with Minor in Political Science; graduated with academic honors and four year academic scholarship, 1986); Boston University School of Law (Juris Doctor, 1990), served as the Director of J. Newton Esdaille Moot Court Program, 1990 and was a Finalist in the Homer Albers Moot Court Competition;

### Appointments

Appointed Counsel to the Consulate General of Greece in Boston, Massachusetts in 1992; Counsel to the Federation of Hellenic-American Societies of New England, (1992); Counsel to the Hellenic American National Council, USA (1995); Hellenic Resources Institute, Boston, Massachusetts (Board of Advisors); Counsel to the student periodical Emphasis (1993-1995);

### Other Interests

Visiting lecturer at the Aristotle University of Thessaloniki, Greece, Deree College in Athens, Greece and University of Patra, Greece; lectures extensively on Investments in Greece, the Greek-Turkish conflict in the Aegean Sea and on the effect of lobby groups on U.S. foreign policy; member of a panel presentation on issues of international business transactions at Boston University School of Law (1996 & 1997).

### Publications

*Abortion-The Constitutional Battlefield*, Proini, (1993), Sinigoros, February-March, 1999 issue; *Investment Opportunities in Greece*; Hellenic Chronicle and The Greek-American (1997); *Tax Issues in Greece for U.S. Residents*, Hellenic Chronicle and The Greek-American (1998); *Torpedo in the US Maritime Laws*; Oikonomikos Tahidromos, August 20, 1998; *Lobby Laws of the U.S.*, Sinigoros, April-May, 1999 issue; *Objectivists in the Greek Army*; Sinigoros, May-June, 1999 issue; *United States Terrorism Laws*, Sinigoros, July-August, 1999 issue; *Legal Malpractice and Insurance coverage issues in the U.S*, Sinigoros, September-October, 1999 issue; *The return of Ancient Treasures-the Legal Battle of Turkey in the U.S.*, Sinigoros, November-December, 1999 issue; *The Martha Moxley Murder; Justice 25 Years Later,* Sinigoros, January-February, 2000, issue; *Management of Law Firms in the U.S., Part I,* Sinigoros, March-April 2000, issue;

*Management of Law Firms in the U.S., Part II,* Sinigoros, May-June 2000, issue; *Government Contracts in the U.S.,* Sinigoros, July-August 2000, issue, *Family Law in the U.S, Redefining Gender*, Sinigoros, September-October 2000 issue, *Mediation and Arbitration in the U.S.*, Sinigoros, November-December 2000 issue; *The Napster Litigation and its consequences on the entertainment industry*, Sinigoros, January-February, 2001 issue; *Congressional Immunity in the U.S.*; Sinigoros, March-April, 2001, issue; *Capital Punishment in the U.S.,* Sinigoros, May-June, 2001, issue; *Lawyer Advertisement in the U.S.*, Sinigoros, July-August, 2001 issue; *Employment Law in the U.S.*, September-October, 2001 issue; *Police Brutality and the Exercise of Authority in the U.S.*, Sinigoros, November-December 2001, issue, *Internet and the Protection of Trademarks in the U.S.,* Sinigoros, January-February, 2002 issue, *Lawyer Discipline in the U.S.*, Sinigoros, March-April, 2002, *Claims Resulting from the September 11 Terrorist Attack*, Sinigoros, May-June, 2002 issue, *Compensation of U.S. Lawyers*, Sinigoros, July-August, 2002 issue, *Immigration Laws in the U.S.*, Sinigoros, September-October 2002 issue, *The Jury Trial System in the U.S.*, Sinigoros, November-December, 2002 issue, *The Terrorist Laws in the U.S. and Consequences to Terrorist Groups in Greece*, Sinigoros, January-February, 2003, issue; *Greek Matters in the US Courts;* Sinigoros, March-April, 2003, issue, *The Israeli Lobby in the U.S.* Sinigoros, May-June, 2003, issue, *The Independent Counsel Statute in the U.S.* Sinigoros, July-August, 2003, issue; *Internet Piracy in the US*, Sinigoros, September-October, 2003, issue; *Internet Piracy in the Colleges and Universities in the U.S.,* Sinigoros, November-December, 2003, issue; *The Legal Education in the U.S.* Sinigoros, January-February, 2004, issue; *Civil Trials in the U.S.* Sinigoros, March-April 2004, issue; *President Bush's executive authority and the prisoners in Guantanamo Bay*, Sinigoros, May-June, 2004, issue; *Public Relations and the Olympic Games*, Sinigoros, July-August, 2004 issue; *Liability of Military Contractors in the US-Chinook Helicopters*; Sinigoros, September-October, 2004 issue.

## **Notable decisions**

Getty Petroleum Corporation v. Aris Getty, Inc., 55 F.3d 718 (1st Cir. 1995); Dorchester Mut. Fire v. First Kostas Corp., 731 N.E.2d 569 (Mass.App.Ct.2000).