**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| **United States**            ) | |
| ) | |
| v.            ) | |
| ) | No. 04-CR-10214-GAO |
| **Mohamed Hamade,**            ) | |
|       **Defendant.**            ) | |
| ) | |

**Defendant Hamade's Motion to Suppress Statements**
**and Request for an Evidentiary Hearing**

Defendant Mohamed Hamade moves that this Honorable Court suppress any statements he made during his secondary immigration inspection on January 10, 2004, because those statements were made during a custodial interrogation without the benefit of *Miranda* warnings. In support of this motion, the defendant submits the accompanying memorandum of law.

**The defendant requests an evidentiary hearing on this motion.**

                                              Mohamed Hamade
                                              By his attorneys,

                                              /s/ John Salsberg
                                              John Salsberg
                                              B.B.O. No. 439300

                                              /s/ Ryan M. Schiff
                                              Ryan M. Schiff
                                              B.B.O. No. 658852

                                              SALSBERG & SCHNEIDER
                                              95 Commercial Wharf
                                              Boston, MA 02110

Dated: April 26, 2007                       (617) 227-7788

## Certificate of Service

      I hereby certify that I have served this motion on the government and all counsel of record by e-filing.

                                        /s/ Ryan M. Schiff
                                        Ryan M. Schiff