**Exhibit 1**

Nails Lookout Message reply from James Bratton 1/10/07

SENDER: FULL NAME    : JAMES BRATTON/SRI
        PHONE NUMBER: 718 553 1688            OFFICE CODE: NYC

D MESSAGE TO: BOS    (LOOKOUT ORIGINATING OFFICE,
                      OR CHANGE ADDRESSEE TO ANY OTHER OFFICE CODE)

ENTER MESSAGE/REMARKS CONCERNING THIS LOOKOUT: RECORD #:   I HAM11226200
-------------------------------------------------------------------------
SUBJECT ARRIVED AT JFK/NYC ON 1/10/04 VIA OLYMPIC AIRWAYS FLIGHT#411 FROM ATHENS, GREECE. SUBJECT PRESENTED HIS LEBANON PASSPORT#0327996 AND VALID # 77-545-030 AND REQUESTED ADMISSION TO ENTER THE U.S. AS A RETURNING LAWFUL PERMANENT RESIDENT OF THE U.S. SUBJECT DEPARTED THE U.S. FOR ATHENS ON 27DEC03 AND CLAIMED THAT THE REASON FOR HIS TRIP ABROAD WAS TO VISIT HIS TWELVE YEAR OLD DAUGHTER FROM HIS PREVIOUS MARRAIGE. SUBJECT CLAIMED THAT HE WAS PREVIOUSLY MARRIED TO A CITIZEN OF GREECE AND WAS A LEGAL RESIDENT OF GREECE FOR TWELVE YEARS PRIOR TO COMING TO THE UNITED STATES. A CHECK OF NCIC/NLETS WERE NEGATIVE. ACCORDING TO DACS, SUBJECT IS NOT IN REMOVAL PROCEEDINGS AT THIS TIME. A CHECK OF NAILS INDICATED THAT SUBJECT IS CURRENTLY UNDER INVESTIGATION BY JTTF/BOSTON. A CALL WAS
-------------------------------------------------------------------------
PF3-SEND/REFRESH  PF4-CANCEL/RETURN  PF1-FORWARD  PF2-BACKWARD  PF10-HIT/ADDR
FIRST PAGE OF MESSAGE DISPLAYED - MAKE NEXT SELECTION

*CANC this paper*
*b/c statement*

```
FIXNOTI                         MAILS                            DATE: 01/10/2004
                           SEND LOOKOUT MESSAGES                  TIME: 19:00:02

SENDER:    FULL NAME     : JAMES BRATTON/SRI
           PHONE NUMBER  : 716 552 1688              OFFICE CODE: NYC

      ID MESSAGE TO: BOS       (LOOKOUT ORIGINATING OFFICE,
                               OR CHANGE ADDRESSEE TO ANY OTHER OFFICE CODE)

  ENTER MESSAGE/REMARKS CONCERNING THIS LOOKOUT: RECORD #:   I HAM11226200
  -----------------------------------------------------------------------------
  TO THE NATIONAL TARGETING CENTER (NTC) PRIOR TO SUBJECTS ARRIVAL BY THE JFK/PAU
  NTC# 29449. SUBJECT WAS MET AT THE GATE BY CBP/CUSTOMS INSPECTORS AND BROUGHT T
  O CBP/IMMIGRATION SECONDARY AREA. JTTF/AGENT GREG NEVANO RETURNED CALL FROM BOS
  TON AND STATED THAT SUBJECT IS NOT TO BE HELD AT JFK FOR JTTF INTERESTED, HOWEV
  ER HE REQUESTS SUBJECTS PASSPORT AND TRAVEL ITINERARY BE RECORDED. NO GROUNDS O
  F INADMISSIBILITY APPLY AT TIME OF INSPECTION. SUBJECT WAS ADMITTED LPR. ACCORDI
  NG TO SUBJECT, AN INDIVIDUAL NAMED "JOHN AUGOSTAKAS" WAS TO MEET SUBJECT AT JFK
  AND DRIVE HIM TO HIS RESIDENCE IN WEST SPRINGFIELD MASSACHUSETTS:
  ADDRESS IS AS FOLLOWS:
  1476 WESTFIELD STREET
  -----------------------------------------------------------------------------
   PF3-SEND/REFRESH  PF4-CANCEL/RETURN  PF1-FORWARD  PF2-BACKWARD  PF10-HIT/ADDR
  NEXT PAGE OF MESSAGE DISPLAYED
```

*[handwritten note: "should have given him b/c statement"]*