**Exhibit 2**

TECS Document # P9D39170400COE

```
                TECS I...                              RESTRICTED   OR ACCESS LVL
                                                       ENTRY 052303
TITLE  FIRST
TECS RECORD ID M4D29170400COE                          PHYSICAL IDENTIFIERS
NAME: LAST RAMADI                                 HISPANIC A RACE U SEX M HAIR    EYES
CRET MOHAMED          MID MEHDI                   CTZ        HT 500 .... WT 000 ... ENGLSH
                      ALIAS    NICKNAME                      SYMIO                  MORE
        IMAGE
                                                                          CTZN LB MORE
    ONAL
    11191962   POE  ENTRY DE S:   CITY                     EXC/SITE              MORE
SSN             MOFF   APN          MORE    RCC              EXPUT              MORE
PDX                              TYPE  ENTRY    ISSUT                  APT
ADDRESS   DATE 052303    STREET 14/6 WESTFIELD STREET                  TYPE    MORE
CITY W. SPRINGFIELD                 STATE MA CNTRY US ZIP     PHONE  2023244574
CONTACT   ICE OI HQ - INS INVESTIGATIONS                                         MORE
OWNER             HAROLD D GALLAGHER          CASE NBR A077545030
                                              START 05222003 STOP 05222004 CRY NTFY :
PRIMARY ?   ESCORT TO SECONDARY                CAT
STATUS ST SUSPECTED TERRORIST                                                    MORE M
REMARKS-  DATE 052303
ACIS SHOULD POSTPONE THE N-400 INTERVIEW UNTIL FURTHER NOTICE. SUBJECT IS OF IN
TEREST TO THE FBI. PORTS OF ENTRY SHOULD PLACE SUBJECT IN SECONDARY AND COPY TR
AVEL DOCUMENTS AND OTHER PERSONAL ITEMS.   CONTACT ICE SSA HARRY GALLAGHER AT
NO SUB-RECORDS                       SUBSEQUENT SCREENS ARE BLANK
PPID = STANDARDIZED ADDRESS
(F1/F2=FLP) (F3=MENU) (F4=RESTRICT) (F5=NEXT PAGE) (F8=VIEW ACCESS F11=DISCLOSURE)
                                    (F14/15=LINKLIST) (F16=PRINT) (F17=HOMEMEN)
```

ATS-SAVI

## SAVI - Suspect and Violators Indices

**Suspect**

**MOHAMAD MERHI HAMADE**

11/22/1962
Nationality:
LEBANON (LB)
Aliases (0)

TECS Suspect Terrorist

Known Roles

Suspected Roles:
- SUSPECTED TERRORIST

Operations/etc:
No projects associated with this entry

**Enforcement Activities**
Enforcement Type | Date (MM/DD/YYYY)
No enforcements related to this subject.

**Case/Source Documents**
| Document Type | Document Number | Location | Reported |
|---|---|---|---|
| TECS | P9039170400COE | | 00/00/00 |

**Destination Addresses (1)**
| Street | City | State/Province | County |
|---|---|---|---|
| 1476 WESTFIELD STREET | W. SPRINGFIELD | MA | UNITED STATES OF AMERICA |

**Foreign Addresses (0)**
Street | City | State/Province | Country | Reported Date

**Phone Numbers**
Phone Number | Home/Bus
No phone numbers associated with this entry.

General | Photos | ID Documents | Travel History | Links | Index Findings | Graph

(Printable Copy)

http://aten-1b/messenger/savi/detail.asp?DATABASE=TPU03%5FHERCULES%2E&CLASS... 1/10/04