**Exhibit 3**

TECS Document # P3990604600CBO

```
06:18         TECS II                     RESTRICTED - CK ACCESS
                                                      ENTRY 010804 UPDATE
TECS RECORD ID 73598064CCCCEO              PHYSICAL IDENTIFIERS
NL:  LAST HANADE                           HISPANIC N RACE W SEX M HAIR BR EYES BR
NM:  MOHAMAD        MID                             HT 511 000 WT COL POC ENGLISH
                    ALIAS M NICKNAME       STO      E/M/T
                                                                    OPEN TB MORE
DBAL                                                        DOC      MORE
L 221962    FOD  CNTRY IR ST    CTY          EXC/CITZ XC1
SSN 037623304 MORE  APN 077518030 MORE  RBC           EXPDT         MORE
UPD 0127996                 TYPE   CNTRY LB ISSDT               AFT
ADDRESS  DATE 010804    STREET 147A WESTFIELD STREET                 MORE
 CITY WEST SPRINGFIELD            STATE MA CNTRY US BID C180N TYPE
CONTACT: ICW UT - BOSTON MA                    PHONE    6175693100    MORE
OWNER      CREDONI C NEVANO       CASE NBR
                                   START 01080604 STOP 01072005 QRY EXP 2
PRIMARY B  REFER TO USCC SECONDARY
STATUS SC SUBJECT OF CURRENT INVESTIGATION      CAT IN INV CASE      MORE
REMARKS-  DATE 010804
SUBJECT DEPARTED THE US ON 12/27/03 ENROUTE TO GREECE.SUBJECT IS
CURRENTLY UNDER INVESTIGATION BY JTF BOS/SPRINGFIELD PLS CTC DA CREC
NEVANO THRU CECTC PRIOR TO INSPECTION.
SUB-REC  7.   PF10 FOR FIRST SUB-RECORD   SUBSEQUENT SCREENS ARE BLANK
PF10 - STANDARDIZED ADDRESS
(F1=REVMRUE)(F3=MENU)(F4=HIST)(F5=NEXT PAGE)(F6=ROUTER ACCESS)(F11=DISCLOSURE)
                              (F14/15=LINKLIST)(F16=PRINT)(F17=HOMERBC)
```