**Exhibit 4**

TECS Document #P3990604600B02

```
  19:01     TECS-II - PERSON SUBJECT DISPLAY                    05MAR2003
J= K45P                                                         T2PRG010
                                                 ENTRY 052703 UPDATE 053003
TECS RECORD ID P3990604600502              PHYSICAL IDENTIFIERS
NAME- LAST HAMADE
      FST MOHAMAD       MID              HISPANIC   RACE W SEX M HAIR BK EYES BR
         IMAGE          ALIAS   NICKNAME    STC     HT 511    WT 000    ENGLSH
                                            S/M/T                       MORE
PERSONAL-
  DOB 11221962    POB- CNTRY     ST     CITY                      CTZN LB MORE
  SSN              MORE   AFN 077545030 MORE      RES     EXC/SITE X01  BOS MORE
  PPN 0327996             TYPE   CNTRY LB  ISSDT          EXPDT             MORE
ADDRESS- DATE         STREET                                    APT
                                 STATE    CNTRY    ZIP          TYPE   MORE
  CITY                                             PHONE 6175653100
CONTACT- GREGORY NEVANO                                                MORE
  OWNER          GREGORY C NEVANO          CASE NBR
  PRIMARY 6  DO NOT REFER - SEE REMARKS  START          STOP       QRY NTFY 0
  STATUS SA INS LOOKOUT - ALIEN                  CAT
                                                                      MORE M
REMARKS-  DATE 053003
SEE INS NAILS SYSTEM RECORD HAM11226200 FOR MORE INFORMATION.
SPECIAL CASE - DO NOT DETAIN SEE NAILS RECORD.
THE SUBJECT IS CURRENTLY UNDER INVESTIGATION BY THE FBI AND JTTF BOSTON, MA. P
SUB-REC  1.   PF13 FOR NEXT SUB-RECORD


(F1/F2=HELP) (F3=MENU) (F4=HITLIST) (F8=NEXT PAGE) (F9=VIEW ACCESS) (F11=DISCLOSURE)
                                    (F14/15=LINKLIST) (F16=PRINT) (F17=HOMEREC)
```