UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES**   ) | |
| ) | |
| v.   ) | Cr. No. 04-10214-GAO |
| ) | |
| **MOHAMED HAMADE**   ) | |

**GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS AND MOTION *IN LIMINE***

The United States of America, by Michael J. Sullivan, United States Attorney, and Kimberly P. West and Aloke S. Chakravarty, Assistant United States Attorneys for the District of Massachusetts, hereby moves this Court to allow the government to respond to Defendant's motion to suppress and motion *in limine* by Wednesday, May 9, 2007. As the basis for this motion, the government submits that the court had originally allowed the parties two weeks in order to respond to motions *in limine*. However, the court has since allowed the parties to file its motions *in limine* one week later and now the government requests a second week to respond. The allowance of this motion will not delay the trial scheduled for May 21, 2007. Furthermore, the defendant assents to this motion and suffers no prejudice by its granting.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:   /s/ Kimberly P. West
        ALOKE S. CHAKRAVARTY
        KIMBERLY P. WEST
        Assistant U.S. Attorneys

Dated: May 2, 2007

CERTIFICATE OF SERVICE

      I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Kimberly P. West
      Kimberly P. West
      Assistant U.S. Attorney