UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v.        )     Crim. No. 04-10214-GAO<br>)<br>MOHAMED HAMADE )  | |

**NOTICE OF INTENT TO INTRODUCE FOREIGN RECORDS OF REGULARLY CONDUCTED ACTIVITY PURSUANT TO 18 U.S.C. §3505**

The United States of America, by Michael J. Sullivan, United States Attorney, and Kimberly P. West and Aloke S. Chakravarty, Assistant United States Attorneys for the District of Massachusetts, hereby provides formal notice of its intent to introduce foreign records of regularly conducted activity pursuant to 18 U.S.C. §3505(b).  Wherefore such records have previously been provided to the Defendant, the government intends to introduce the following documents and their English Translations, pursuant to Section 3505 and any other applicable legal basis:

Greek Marriage Certificate
Greek Certificate of Family Registry
Greek Certificate of No Divorce
Greek Copy of Defendant's Lebanese Personal Registration Card
Greek Marriage License Application of Defendant
Greek Marriage License Application of Angeliki Piniara
Greek Marriage License for Defendant
Greek Marriage License for Angeliki Piniara
Greek Registration of Marriage Form for Angeliki Piniara
Greek Registration of Marriage Form of Defendant
Greek Translation of Defendant's Lebanese Personal Registration Card
Greek Petition for Marriage of Defendant and Angeliki Piniara
Greek Registration of Solemnization of Civil Marriage
Greek Certificate of Family Registry
Greek Certification of Authenticity
Greek 18 U.S.C. §3505 Certification

    Greek Birth Certificate of Sara Hamade
    Greek Statement of Authenticity
    Greek Copy of Greek Law Applicable to Marriage

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                               By:    /s/ Aloke S. Chakravarty
                                              ALOKE S. CHAKRAVARTY
                                              KIMBERLY P. WEST
                                              Assistant U.S. Attorneys

Dated: May 9, 2007


## Certificate of Service

    I do hereby certify that a copy of the foregoing motion was served upon defense counsel by electronic notice on this 9th day of May 2007.

                                              /s/ Aloke S. Chakravarty
                                              ALOKE S. CHAKRAVARTY
                                              Assistant U.S. Attorney