# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **V.** | ) | **Criminal No. 04-10214-GAO** |
| | ) | |
| | ) | |
| **MOHAMAD HAMADE** | ) | |
| | ) | |
| | ) | |

## GOVERNMENT'S EXHIBIT LIST

Exhibit No.                    Description

                              Marriage Documents

1a.                           Defendant's Application for Marriage License

1aa.                          Translation

1b.                           Piniara's Application for Marriage License

1bb.                          Translation

1c.                           Defendant's Registration for Marriage

1cc.                          Translation

1d.                           Piniara's Registration for Marriage

1dd.                          Translation

1e.                           Defendant's Personal Registration Card

1ee.                          Translation

1f.                           Certification of Arabic/Greek Translation of Personal Registration Card

| | |
|---|---|
| 1ff. | English Translation |
| 1g. | Defendant's License for Marriage |
| 1gg. | Translation |
| 1h. | Piniara's License for Marriage |
| 1hh. | Translation |
| 1i. | Request for Marriage Solemnization |
| 1ii. | Translation |
| 1j. | Registration of Solemnization of Marriage |
| 1jj. | Translation |
| 1k. | Marriage Certificate I |
| 1kk. | Translation |
| 1l. | Marriage Certificate II |
| 1ll. | Translation |
| 1m. | Certificate of Family Registry I |
| 1mm. | Translation |
| 1n. | Certificate of Family Registry II |
| 1nn. | Translation |
| 1o. | 18 U.S.C. § 3505 certificate |
| | Other Documents |
| 2a. | Sara Hamade Birth Certificate |
| 2aa. | Translation |
| 3a. | Certificate of Absence of Divorce |

| | |
|---|---|
| 3aa. | Translation of Absence of Divorce |
| 4. | Copy of Passport |
| 5. | Copy of Airline Receipt and Itinerary |
| 6. | Copy of Massachusetts Drivers License |
| 7. | Form I - 130 Application |
| 7a. | Hamade G-325A, 4/29/99 |
| 7b. | DeChristopher G-325A, 4/29/99 |
| 7c. | Important Document Information, 4/29/99 |
| 7d. | Judgment of Divorce Nisi |
| 7e. | State of Vermont Certificate of Marriage |
| 8. | Cover Sheet, Pink |
| 8a. | Form I - 485 Application, Parts 1, 2 and 3 |
| 8b. | Form I - 485 Application, Part 3 continued and Part 4 |
| 8c. | Hamade and DeChristopher drivers licenses |
| 8d. | Hamade drivers license, front and back |
| 8e. | Great-West health card |
| 8f. | Sara Hamade - Central Index System |
| 8g. | Interview appointment for 2/28/00 |
| 8h. | Notice of Change of Appointment |
| 8i. | Copy of Passport and I-94 Departure Record |
| 8j. | U.S. Visa for Mohamad Hamade |
| 8k. | 3224/1593, Percu Piastres Liban |

| | |
|---|---|
| 8l. | Personal identification paper |
| 8m. | Hamade photo with Arabic writing |
| 8n. | DeChristopher birth certificate |
| 8o. | State of Vermont Certificate of Marriage |
| 8p. | Hamade G-325A, 6/30/99 |
| 8q. | DeChristopher G-325A, 6/30/99 |
| 8r. | Judgment of Divorce Nisi |
| 8s. | Certificate of Birth, Commonwealth of Massachusetts, DeChristopher |
| 8t. | Form I - 693 |
| 8u. | Supplemental Form to I - 693 |
| 8v. | Form I - 864 |
| 8w. | 1998 Poverty Guidelines |
| 8x. - 8tt. | IRS printout for DeChristopher and Hamade (23 pages) |
| 8uu. | Preston letter, 6/1/99 |
| 8vv. | United Cooperation Bank letter, 6/10/99 |
| 8xx. | Letter from DeChristopher verifying salary, 6/1/99 |
| 8yy. | United Cooperative Bank verification of accounts |
| 8zz. | Letter from DeChristopher verifying salary, 6/1/99 |
| 8(1). | Blank paper |
| 8(2). | Letter from DeChristopher and Hamade, 6/1/99 |
| 8(3). | Notice of Action, Notice Date 5/11/99 |
| 8(4). | I - 485 Officer's Check List |

| | |
|---|---|
| 8(5). | Swanson's notes from I - 485 interview |
| 8(6). | Memorandum of Creation of Record |
| 8(7). | Memorandum of Creation of Record |
| 8(8). | I - 181 Information Processing Sheet |
| 8(9). | Notice of Action, notice date 5/18/99 |
| 8(10). | Form 9003 |
| 9. | Cover Sheet, Pink |
| 9a. | Form I - 751 Application |
| 9b. | Hamade Permanent Resident Card |
| 9c. | AT & T statement |
| 9d. | Verizon statement |
| 9e. | Western Massachusetts Electric |
| 9f. | United Cooperative Bank Statement |
| 9g. | Blank check |
| 9h. | The Principal Financial Group - Life Insurance |
| 9i. | One Health Plan statement of claim |
| 9j. - 9k. | Massachusetts Income Tax Return, 2000 |
| 9l. - 9m. | Connecticut Nonresident Income Tax Return, 2000 |
| 9n. - 9t. | U.S. Individual Income Tax Return, 2000 (7 pages) |
| 9u. | Bernice DeChristopher letter, 9/3/01 |
| 9v. | Cheryl Hay letter, 9/7/01 |
| 9w. | Rosemary LaFleur letter, 9/4/01 |

| | |
|---|---|
| 10. | Form N - 400, p. 1 |
| 10a. | Form N - 400, p. 2 |
| 10b. | Form N - 400, p. 3 |
| 10c. | Form N - 400, p. 4 |
| 10d. | Form N - 400, p. 5 |
| 10e. | Form N - 400, p. 6 |
| 10f. | Form N - 400, p. 7 |
| 10g. | Form N - 400, p. 8 |
| 10h. | Form N - 400, p. 9 |
| 10i. | Form N - 400, p. 10 |
| 10j. | Passport photos of Hamade |
| 10k. | Petition for Name Change |
| 10l. | Certificate Preparation Sheet and Oath Declaration |
| 10m. | INS Naturalization Test, Civics/ History |
| 10n. | INS Naturalization Test, English Writing Proficiency |
| 10o. | Naturalization Interview Results |
| 10p. | Notice of Action, notice date 5/7/03 |
| 10q. | Envelope addressed to Vermont Service Center |
| 10r. | Mohamad Hamade - Central Index System |
| 10s. | Receipt with Suspense |

10t.                          Envelope addressed to U.S. INS

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:       /s/ Kimberly P. West
                              KIMBERLY P. WEST
                              ALOKE S.CHAKRAVARTY
                              Assistant U.S. Attorneys

Dated: May 11, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing.

                              /s/ Kimberly P. West
                              Kimberly P. West
                              Assistant U.S. Attorney

7