UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 04-10214-GAO |
| ) | |
| MOHAMAD HAMADE ) | |
| ) | |
| ) | |

**GOVERNMENT'S WITNESS LIST**

1. James Bratton
   Immigration and Customs Enforcement
   New York, NY

2. Joanne Sassone
   Citizenship and Immigration Services
   Boston, MA

3. Toni Swanson
   Citizenship and Immigration Services
   Boston, MA

4. Heather Berger
   Citizenship and Immigration Services
   Boston, MA

5. Thomas Giannoulas
   Hasion, Greece

6. Dimitrios Ionnidis
   Greek Consulate of Boston
   Boston, MA

7. Stella Valerianos-Phireos
   FBI Language Services
   New York, NY

8. Salime "Leah" Vallee
   FBI Language Services
   Boston, MA

9.     Gregory Nevano
       Immigration and Customs Enforcement

10.    George Pyne
       Plymouth County Correctional Facility
       Plymouth, MA

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:   /s/ Kimberly P. West
                              KIMBERLY P. WEST
                              ALOKE S. CHAKRAVARTY
                              Assistant U.S. Attorneys

Dated: May 11, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                          /s/ Kimberly P. West
                                          Kimberly P. West
                                          Assistant U.S. Attorney