Office of Investigations
U.S. Department of Homeland Security
J.F.K. Causeway Street, Room 722
Boston, MA 02222



**U.S. Immigration and Customs Enforcement**

May 14, 2007

Concurrence of ICE to Stipulated Judicial Order of Deportation
In the case of United States of America v. Mohammad Merhi Hamade

| | |
|---|---|
| Michael J. Sullivan | Bruce M. Foucart |
| United States Attorney | Special Agent in Charge |
| Office of the United States Attorney | U.S. Immigration and Customs Enforcement |
| Boston, Massachusetts | Boston, Massachusetts |

### CONCURRENCE OF IMMIGRATION AND CUSTOMS ENFORCEMENT TO STIPULATED JUDICIAL ORDER OF DEPORTATION

Based upon the factual representation made to me, on behalf of the Assistant Secretary of Immigration and Customs Enforcement, I concur in the request by the United States Attorney that a stipulated judicial order of deportation be granted in the case of United States v. Mohamad Merhi Hamade, File No. A77 545 030.

5/15/07
Date:

Bruce M. Foucart
Special Agent in Charge
Boston, MA