UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| V. | ) ) ) | **Criminal No. 04-10214-GAO** |
| **MOHAMAD HAMADE** | ) ) ) ) | |

### JOINT MOTION FOR RELEASE OF DEFENDANT'S PASSPORTS

The parties respectfully move this Court to order United States Pre-Trial Services to release the Defendant's two Lebanese passports to the Defendant. Both are expired. As the basis for this motion, the parties submit that the Defendant requires possession of the expired passports in order to renew his ability to travel and be deported in an expedited manner.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

By:    /s/ Kimberly P. West
          Kimberly P. West
          Assistant U.S. Attorney

          MOHAMAD HAMADE
          Defendant

          /s/ John Salsberg
          John Salsberg
          Counsel for Defendant