United States District Court
District of Massachusetts

| | |
|---|---|
| **United States** ) <br> ) <br> **v.** ) <br> ) **No. 04-CR-10214-GAO** <br> **Mohamed Hamade,** ) <br>     **Defendant.** ) <br> ) | |

**Defendant's Motion for Discharge of Mortgages**

     Defendant Mohamed Hamade moves that this Honorable Court discharge the mortgages relating to the properties at 127 Woodcrest Circle, Chicope, MA 01020, and 1476 Westfield Street. West Springfield, MA 01089, which were used as a surety for Nascimento's release prior to trial.  In support of this motion, the defendant states that he pled guilty, has been sentenced, and was deported from the United States.

                           Mohamed Hamade
                           By his attorney,

                           /s/ John Salsberg
                           John Salsberg
                           B.B.O. No. 439300
                           SALSBERG & SCHNEIDER
                           95 Commercial Wharf
                           Boston, MA 02110
                           (617) 227-7788

Dated: September 26, 2007

## Certificate of Service

      I hereby certify that I have served this motion on the government and all counsel of record by e-filing.

                                             /s/ Ryan M. Schiff
                                             Ryan M. Schiff