United States District Court
District of Massachusetts

| | |
|---|---|
| **United States** ) | |
| ) | |
| v. ) | |
| ) | No. 04-CR-10214-GAO |
| **Mohamed Hamade,** ) | |
| **Defendant.** ) | |
| ) | |

**Defendant's Motion to Correct Pleading**

Defendant Mohamed Hamade moves to substitute the attached Motion for Discharge of Mortgages for the motion filed earlier today. The earlier motion contained a typographical error that could cause confusion.

                                                            Mohamed Hamade
                                                            By his attorney,

                                                           /s/ John Salsberg
                                                           John Salsberg
                                                           B.B.O. No. 439300
                                                           SALSBERG & SCHNEIDER
                                                           95 Commercial Wharf
                                                           Boston, MA 02110
                                                           (617) 227-7788

Dated: September 26, 2007

**Certificate of Service**

I hereby certify that I have served this motion on the government and all counsel of record by e-filing.

                                                           /s/ Ryan M. Schiff
                                                           Ryan M. Schiff