United States District Court
District of Massachusetts

| | |
|---|---|
| United States ) | |
| ) | |
| v. ) | |
| ) | No. 04-CR-10214-GAO |
| Mohamed Hamade, ) | |
|     Defendant. ) | |
| ) | |

**Defendant's Motion for Discharge of Mortgages**

Defendant Mohamed Hamade moves that this Honorable Court discharge the mortgages relating to the properties at 127 Woodcrest Circle, Chicope, MA 01020, and 1476 Westfield Street, West Springfield, MA 01089, which were used as a surety for Hamade's release prior to trial. In support of this motion, the defendant states that he pled guilty, has been sentenced, and was deported from the United States.

        Mohamed Hamade
        By his attorney,

        /s/ John Salsberg
        John Salsberg
        B.B.O. No. 439300
        SALSBERG & SCHNEIDER
        95 Commercial Wharf
        Boston, MA 02110
        (617) 227-7788

Dated: September 26, 2007

## Certificate of Service

I hereby certify that I have served this motion on the government and all counsel of record by e-filing.

/s/ Ryan M. Schiff
Ryan M. Schiff