## DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of

Massachusetts, holder of a mortgage from Naomi A and Bernice F. DeChristopher to the Clerk

of the United States District Court for the District of Massachusetts, for property located at 1476

Westfield Street, West Springfield, MA 01089, dated August 18, 2004 and recorded in the

official records of the Hampden County Registry of Deeds at book 14423 and page 190

acknowledge satisfaction of the same.

Witness my hand and seal this _3_ day of _October_ , 20_07_



Sarah Allison Thornton

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: _10/3/07_

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing

to be her free act and deed before me.

Notary Public   _10/11/2013_
My commission expires:



NANCY M. CASHMAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 11, 2013