## DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Jaafar Hamadeh to the Clerk of the United States District Court for the District of Massachusetts, for property located at 127 Woodcrest Circle, Chicope, MA 01020, dated August 18, 2004 and recorded in the official records of the Hampden County Registry of Deeds at book 14423 and page 194 acknowledge satisfaction of the same.

Witness my hand and seal this  3  day of  October , 20 07

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: 10/3/07

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

Notary Public
My commission expires: 10/11/2013



NANCY M. CASHMAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 11, 2013